IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**LIRLENE GARDLEY-STARKS**                                                          **PLAINTIFF**

vs.                                                    CIVIL ACTION NO. 4:10-CV-0099-SA-JMV

**PFIZER., ET AL.**                                                                  **DEFENDANTS**

**ORDER**

This cause came before this Court on the joint motion of the defendants to stay case management order deadlines pending resolution of dispositive motions before the court, or in the alternative for an 180 day extension of those deadlines (#124). Trial in this case is set for June 17, 2013, and the possibility of a continuance is highly unlikely, as this case at the current trial date will have been pending almost 3 years. Additionally, the court must allow 120 days between the dispositive motions' deadline and trial. Accordingly, the court is not in the position to either stay the case or grant such a lengthy extension. However, the court will extend the case management order deadlines as follows:

> Amendment/Joinder of Parties deadline: October 8, 2012
> Plaintiff's Designation of Experts: November 12, 2012
> Defendant's Designation of Experts: December 12, 2012
> Discovery deadline: February 4, 2013; and
> Motions deadline other than motions *in limine*: February 18, 2013.

**IT IS, THEREFORE, ORDERED** that the motion to stay, or in the alternative, extend deadlines is granted in part and denied in part, with the above deadlines now governing. Further extensions cannot be granted.

SO ORDERED, this the 26th day of July 2012.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE