IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**LIRLENE GARDLEY-STARKS**                                                                   **PLAINTIFF**

vs.                                                  **CIVIL ACTION NO. 4:10-CV-0099-SA-JMV**

**PFIZER., ET AL.**                                                                    **DEFENDANTS**

**ORDER**

This cause came before this Court on the motion of the defendants to stay further proceedings pending resolution of proceedings currently before the Fifth Circuit Court of Appeals (#149). Trial in this case is set for June 17, 2013. The parties have not sought a continuance of the trial date from the District Judge in this matter. Accordingly, as the parties have previously been advised, this court is not in the position to stay the case without a continuance of the trial date.

**IT IS, THEREFORE, ORDERED** that the motion to stay is DENIED without prejudice to the right of the parties to re-urge this motion if a continuance of the trial date is obtained.

SO ORDERED, this the 19th day of December 2012.

                                                                             /s/ Jane M. Virden
                                                                             UNITED STATES MAGISTRATE JUDGE