IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

| | | |
|---|---|---|
| LIRLENE GARDLEY-STARKS | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CASE NO. 4:10CV099-SA-JMV |
| | § | |
| PFIZER, INC., et. al | § | |
| | § | |
| Defendants. | § | |

**PLAINTIFF LIRLENE GARDLEY-STARKS' NOTICE TO TAKE
DISCOVERY DEPOSITION OF MARIANNE MANN, M.D.,
AND SUBPOENA DUCES TECUM**

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff Lirlene Gardley-Starks, by and through counsel, will conduct the discovery deposition upon oral examination of **Marianne Mann, M.D.,** at Kaye Scholer – The McPherson Building, 901 Fifteenth Street, NW, Washington, DC 20005-2327 beginning on ***Wednesday, February 13, 2013, at 12:00 p.m.*** **local time.** The deposition will be held before an officer of the Court authorized to administer oaths.

PLEASE TAKE FURTHER NOTICE that in connection with the taking of the deposition, the deponent shall produce the items described in attached Exhibit A.

This the 29th day of January, 2013.

          Respectfully submitted,

          */s/ James R. Segars, III*
          **GERALD J. DIAZ, JR.** (MS Bar No. 6063)
          **CHRISTOPHER WILLIAMS** (Ms Bar No.10774)
          **JAMES R. SEGARS, III** (MS Bar No. 103605)
          **THE DIAZ LAW FIRM, PLLC**
          208 Waterford Square, Suite 300
          Madison, MS 39110
          (601) 607-3456 Telephone

(601) 607-3393 Facsimile
Email: jdiazjr@msattorneys.com
Email: cwilliams@msattorneys.com
Email: tripp@msattorneys.com
Email: csdorsey@msattorneys.com

**EDWARD BLACKMON, JR.** (MS Bar No. 3354)
**BLACKMON & BLACKMON, PLLC**
907 West Peace Street
Post Office Drawer 105
Canton, Mississippi 39046
(601) 859-1567 Telephone
(601) 859-2311 Facsimile
Email: edblackmon@blackmonlawfirm.com
Email: wyoung@blackmonlawfirm.com

**TERRENCE J. DONAHUE** (LA Bar No. 32126)
**MCGLYNN, GLISSON & MOUTON**
340 Florida Street
Baton Rouge, Louisiana 70801
(225) 344-3555 Telephone
(225) 344-3666 Facsimile

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

  I hereby certify that the above referenced pleading was filed electronically on this the 29th day of January, 2013. Notice of Electronic Case Filing has been sent automatically to all parties listed in the Service List in effect on the date of electronic filing.

                   */s/James R. Segars, III*_____